# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OLIVISTAR, LLC, <br><br> **Plaintiff,** <br><br> V. <br><br> LEVITON MANUFACTURING CO., INC., <br><br> **Defendant.** | CASE NO. 2:14-CV-512 <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff, Olivistar, LLC ("Olivistar") and Defendant, Leviton Manufacturing Co., Inc., ("Leviton"), collectively the "Parties", file this Joint Motion for Extension of Time to File a Response, and respectfully state the following:

The parties have worked diligently toward resolving the litigation by settlement and expect to finalize the settlement agreement in due course. In order to finalize the agreement, the parties request that Leviton's time to respond to the complaint be extended an additional thirty-two (32) days to August 18, 2014.

In light of this, the parties respectfully request that the Court extend the deadline for Leviton to respond to Plaintiff's Complaint to August 18, 2014. Plaintiff is unopposed to and joins this request, and there is good cause to extend this deadline.

For the foregoing reasons and in the interest of conserving judicial resources, the Parties respectfully request that this motion be granted.

Dated: July 10, 2014                                             Respectfully submitted,

1

By: */s/ Brandon LaPray*
**AUSTIN HANSLEY P.L.L.C.**
Brandon LaPray
Texas Bar No.: 24087888
Austin Hansley
Texas Bar No.: 24073081
5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone:   (469) 587-9776
Facsimile:   (855) 347-6329
Email: Brandon@TheTexasLawOffice.com
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEY FOR PLAINTIFF**
**OLIVISTAR, LLC**

### CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Olivistar, LLC, conferred with counsel for Leviton Manufacturing Co., Inc. and this motion is joint.

*/s/ Brandon LaPray*
Brandon LaPray

### CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Parties and their attorneys who have not entered an appearance were served by email, phone, mail or facsimile.

*/s/ Brandon LaPray*
Brandon LaPray